## LAWRENCE SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Lawrence Smith's petition for certification for appeal from the Appellate Court, 122 Conn. App. 637 (AC 30314), is denied.

ZARELLA and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Michael Stone*, special public defender, in support of the petition.

Decided January 20, 2011

## STATE OF CONNECTICUT *v.* MARK A. BRESCIA

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 342 (AC 30969), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction over the defendant's Practice Book § 43-22 motion to correct an illegal sentence imposed after a summary criminal contempt proceeding pursuant to General Statutes § 51-33?"

The Supreme Court docket number is SC 18739.

*Martin Zeldis*, public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided January 20, 2011